1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9  PAUL OSTROWSKI,                          Case No.: 8:19-cv-01827-PA-ADS

10              Plaintiff,                   **ORDER**

11  v.

12  LENDINGUSA, LLC, *et al.*,

13              Defendants.

14

15

16

17      Upon review of the Parties' Stipulation of Dismissal with Prejudice of

18  Defendant LendingUSA, LLC, and good cause appearing,

19      **IT IS ORDERED** that the Stipulation is **GRANTED**.

20      The above-entitled matter is hereby dismissed with prejudice, as to

21  LendingUSA, LLC, with the parties to bear their own attorneys' fees, costs, and

22  expenses.

23      **IT IS SO ORDERED.**

24

25  Dated: January 20, 2020

26                                          _____

27                                          HONORABLE PERCY ANDERSON
                                            UNITED STATES DISTRICT JUDGE
28