1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7             **CENTRAL DISTRICT OF CALIFORNIA**

8

9    PAUL OSTROWSKI,                    Case No.: 8:19-cv-01827-PA-ADS

10             Plaintiff,                **ORDER OF DISMISSAL WITH
                                         PREJUDICE AS TO
11   v.                                  DEFENDANT EQUIFAX
                                         INFORMATION SERVICES, LLC**
12
     LENDINGUSA, LLC.; RIVERWALK
13   HOLDINGS, LTD. d/b/a DEVILLE
14   ASSET MANAGEMENT, LTD.; and
15   EQUIFAX INFORMATION
     SERVICES, LLC,
16
               Defendants.
17

18

19

20
          Plaintiff Paul Ostrowski and Defendant Equifax Information Services, LLC
21
     ("Defendant") have announced to the Court that all matters in controversy against
22
     Defendant have been resolved. A Stipulation of Dismissal with Prejudice of
23
24   Defendant has been signed and filed with the Court. Having considered the
25
     Stipulation of Dismissal with Prejudice of Defendant, the Court makes and
26
27   delivers the following ruling:

28
                                        -1-

1

2          IT IS ORDERED that the claims and causes of action asserted herein by

3     Plaintiff Paul Ostrowski against Defendant Equifax Information Services, LLC are

4     in all respect dismissed with prejudice, with costs to be paid by the party incurring

5     the same.

6

7     Dated this 13th day of  February, 2020.

8

9                                          _____

10                                         Honorable Percy Anderson
                                           United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28